THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ANDREW SALCIDO )<br>  Petitioner, )<br> )<br>v. )<br> E-filing )<br> )<br>JAMES A. YATES )<br>Warden of Pleasant )<br>Valley State Prison )<br>  Respondent. )<br> ) | CV 08    4083<br>Case Number: _____<br><br>MOTION TO PROCEED IN FORMA<br>PAUPERIS AND DECLARATION<br>OF INDIGENCY |

I, Felix Andrew Salcido, declare that I am incarcerated at Pleasant Valley State Prison and that I am indigent. My total assets are $ 00.00 and my monthly income is $ 00.00.

I ask this Honorable Court to process this petition for writ of habeas corpus In Forma Pauperis, In Pro Se.

Furthermore, I request this Honorable Court to send copies to the appropriate parties in light of Petitioner is indigent and does not have access to a reliable copy machine.

I declare under penalty of perjury that the above is true to my belief. Filed this 20 day of August 2008 at Pleasant Valley State Prison

_____
Felix Andrew Salcido, In Pro Se

Felix Andrew Salcido, T-3-8674
Facility "D,"  D3-124
P.O.Box 8504
Coalinga, CA 93210

James A. Yates
Warden of Pleasant
Valley State Prison
24863 West Jayne Avenue
Coalinga, CA 93210